UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MERAZ-VALENCIA, on behalf of himself and the putative Class members,<br><br>Plaintiff,<br><br>vs.<br><br>BORAL ROOFING, LLC, WESTLAKE ROYAL ROOFING, LLC, BORAL INDUSTRIES, INC., ROYAL BUILDING PRODUCTS (USA), INC., WESTLAKE CHEMICAL CORPORATION, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00491-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO (1) FURTHER EXTEND DEFENDANT WESTLAKE ROYAL ROOFING LLC'S TIME TO RESPOND TO COMPLAINT AND (2) DISMISS ALL OTHER NAMED DEFENDANTS WITHOUT PREJUDICE** |

ORDER

# ORDER

Having reviewed and considered the parties' stipulation to (1) further extend defendant Westlake Royal Roofing LLC's time to respond to the complaint and (2) dismiss all other named defendants without prejudice (the "Stipulation"), and good cause appearing for the relief requested therein, the stipulation is **GRANTED** as follows:

1. Defendants Boral Industries, Inc. and Boral Roofing LLC and *Specially Appearing* Defendants Royal Building Products (USA), Inc. and Westlake Chemical Corporation n/k/a Westlake Corporation (the "Dismissed Defendants") shall be and hereby are dismissed from this action without prejudice, subject to the terms and conditions of the Stipulation;

2. If at a future point in this litigation, Plaintiff determines through discovery that any of the Dismissed Defendants should be made parties to this case, Plaintiff may enter into a stipulation or move to amend the complaint to add them as Defendants, subject to any Scheduling Order entered in this action;

3. If Plaintiff successfully moves to add any of the Dismissed Defendants, Defendants agree that the claims of Plaintiff and the putative class members against such added Dismissed Defendants shall relate back to the original Complaint filing date and shall be deemed filed as of the original filing date of the Complaint to the extent those claims were pled in the original Complaint;

4. Plaintiff's First Amended Complaint shall be filed within fourteen days, and then Defendant Westlake Royal Roofing LLC shall have thirty days thereafter to file its answer or other responsive pleading; and

5. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, any and all challenges to personal jurisdiction and to Plaintiff's Complaint and/or the claims asserted therein.

/////

/////

1    **IT IS SO ORDERED.**

2    DATED:  May 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE