UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MERAZ-VALENCIA, on behalf of himself and the putative Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLAKE ROYAL ROOFING, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00491-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT WESTLAKE ROYAL ROOFING LLC TO RESPOND TO PLAINTIFF PEDRO MERAZ-VALENCIA'S FIRST AMENDED COMPLAINT** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# ORDER

Having reviewed and considered the parties' Stipulation to Extend Time For Defendant Westlake Royal Roofing LLC ("Westlake Royal") to Respond to Plaintiff Pedro Meraz-Valencia's First Amended Complaint (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows:

1. Westlake Royal's deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's First Amended Complaint ("FAC") shall be and hereby is extended by 14 days, to and including June 20, 2022; and

2. By entering into this Stipulation, the parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, any and all challenges to Plaintiff's FAC and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated: June 15, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE