# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MERAZ-VALENCIA, on behalf of himself and the putative Class Members,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLAKE ROYAL ROOFING, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00491-KJM-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES** |

# **ORDER**

Having reviewed and considered the parties' Stipulation to Continue Status (Pretrial Scheduling) Conference and Related Deadlines (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** IN PART as follows:

1. The Status Conference currently set for July 29, 2022, at 10:00 a.m., shall be and hereby is continued to September 8, 2022 (the date of August 29, 2022 is not available) ***or*** 30 days after an order is entered on the Motion to Dismiss FAC [Dkt. #17], whichever is later, at 2:30 p.m., with the Parties' deadlines to conduct their early conference of counsel continued to at least 21 days prior to the new Status Conference date, to file their Joint Status Report continued to at least 14 days prior to the new Status Conference date, and to exchange initial disclosures continued in accordance with Fed. R. Civ. P. 26(a)(1)(C) [*see* Dkt. #3]; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, any and all challenges to Plaintiff's FAC and/or the claims asserted therein.

**IT IS SO ORDERED.**

Dated: July 20, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE