UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MERAZ-VALENCIA,

Plaintiff,

v.

BORAL ROOFING, LLC, et al.,

Defendants.

No.  2:22-cv-00491-DAD-AC

ORDER TO SHOW CAUSE

On February 5, 2025, the parties filed a notice of settlement in this action indicating that the parties have executed a class action settlement in the Orange County Superior Court.  (Doc. No. 58 at 3.)  On February 6, 2025, the court vacated all dates and deadlines in this action and ordered the parties to file dispositional documents no later than August 5, 2025.  (Doc. No. 59.) On August 5, 2025, the parties filed a status report but failed to file the requisite dispositional documents.  (Doc. No. 61.)  Accordingly, on August 6, 2025, the court directed the parties to file a joint status report or dispositional documents no later than August 21, 2025.  (Doc. No. 62.)  On August 21, 2025, the parties filed a joint status report stating that in the state court action a hearing was scheduled on the motion for preliminary approval of the related class settlement on September 15, 2025 and represented that plaintiff would dismiss this action following final approval of that class settlement.  (Doc. No. 63 at 3.)  On August 22, 2025, the court ordered the parties to file dispositional documents or a further joint status report no later than November 17,

1

2025.  (Doc. No. 64.)  On November 17, 2025, the parties filed a joint status report which stated that the hearing for preliminary approval in the state court action was now set for January 5, 2026.  (Doc. No. 65 at 3.)  On November 18, 2025, the court ordered the parties to file a joint status report or dispositional documents no later than February 15, 2026.  (Doc. No. 66.)  To date, the parties still have not filed a joint status report or dispositional documents as ordered.

Accordingly, all remaining parties in this action are ORDERED to show cause in writing within seven (7) days from the date of entry of this order why this action should not be dismissed.

IT IS SO ORDERED.

Dated:   **June 2, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2