UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MERAZ-VALENCIA,

Plaintiff,

v.

WESTLAKE ROYAL ROOFING, LLC, et al.,

Defendants.

No. 2:22-cv-00491-DAD-AC

ORDER DISCHARGING ORDER TO SHOW CAUSE

(Doc. No. 67)

On June 3, 2026, the court ordered the parties to show cause why this action should not be dismissed in light of their failure to timely file a joint status report or dispositional documents as previously ordered by the court. (Doc. No. 67.)

On June 9, 2026, defendant Westlake Royal Roofing, LLC ("defendant") submitted a response to the order to show cause. (Doc. No. 69.) Therein, defendant states that the settlement agreement in this case encompasses this action and a later-filed state court action. (*Id.* at 2.) The hearing on plaintiff's motion for final approval of class action and PAGA settlement in state court was set for hearing on August 3, 2026. (*Id.*) Defendant represents that, pursuant to the settlement agreement, plaintiff will dismiss this action with prejudice once the state court grants final approval of the settlement in the state court action. (*Id.*)

/////

Also on June 9, 2026, plaintiff's counsel submitted a declaration in response to the order to show cause. (Doc. No. 70.) Therein, plaintiff's counsel requests that the action not be dismissed, and confirms that the hearing on plaintiff's motion for final approval of the class settlement was scheduled for August 3, 2026 in state court. (Doc. No. 70 at ¶ 15.)

On August 3, 2026, the parties submitted a joint status report, wherein they inform the court that plaintiff's motion for final approval in the state court was continued to December 7, 2026. (Doc. No. 71 at 3.) The parties reiterate that when the state court approves the settlement agreement, plaintiff will dismiss this action with prejudice. (*Id.*)

Accordingly, the court DISCHARGES its June 3, 2026 order to show cause (Doc. No. 67) and directs the parties to file a status report within 120 days of the date of this order, and every 60 days thereafter, to advise the court of the status of settlement, unless and until the parties file the required dispositional documents with respect to this action. **A failure to file status reports in compliance with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE